IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

A.S., Mother of I.T.S. and F.S.K.,
Minor Children,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2121

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Richard McLeod Hinds, Panama City, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Wendie Michelle Cooper
and Beth Kathryn Roland, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., CONCUR.